IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOSE L. CORONADO MARTINEZ, PRO SE, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   2:15-CV-0334 |
| | § |
| CAROLYN W. COLVIN, | § |
| Acting Commissioner of Social Security, | § |
| | § |
| Defendant. | § |

**ORDER OF DISMISSAL**

On November 18, 2015, plaintiff JOSE L. CORONADO MARTINEZ, proceeding Pro Se, filed this cause of action pursuant to 42 U.S.C. § 405(g), seeking review of a final decision of defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration (Commissioner), who denied plaintiff's application for disability insurance benefits and social security insurance under Titles II and XVI of the Social Security Act.

On April 29, 2016, the Court issued a show cause order giving plaintiff until May 19, 2016 in which to respond and show cause why this case should not be dismissed for want of jurisdiction as being untimely filed.

The period for response has expired and no response was filed.

On May 20, 2016, the Court issued a Report and Recommendation recommending dismissal of the instant cause without prejudice for want of jurisdiction and, in the alternative, for failure to prosecute.

No objections to the Report and Recommendation have been filed, and the response period has expired.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation. The Court is of the opinion that the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that the cause of action pursuant to 42 U.S.C. § 405(g) by plaintiff JOSE L. CORONADO MARTINEZ is DISMISSED WITHOUT PREJUDICE FOR WANT OF JURISDICTION AND, IN THE ALTERNATIVE, FOR FAILURE TO PROSECUTE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

The Clerk shall send a copy of this Order to plaintiff and to any attorney of record.

It is SO ORDERED.

Signed this the 14th day of June, 2016.

MARY LOU ROBINSON
United States District Judge

2